UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
MARY JIRICEK,

               Plaintiff,

       - against -

LOREAL USA, INC.; LOREAL USA PRODUCTS,
INC.; WELLA OPERATIONS US, LLC; WELLA
PROFESSIONALS; COTY, INC.; KOHLBERG
KRAVIS ROBERT & CO. a/k/a KKR & CO., INC.;
GOLDWELL NEW YORK; BRISTOL-MYERS SQUIBB;
PROCTER. & GAMBLE HAIR CARE, LLC;
CLAIROL; COSMOPROF SERVICES USA, LLC;
SALLY BEAUTY HOLDINGS, INC.; JOHN DOE
CORPORATIONS 1-100, inclusive,

               Defendants.

-------------------------------------X

**MEMORANDUM AND ORDER**
25 Civ. 10299 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Presently before the Court is plaintiff Mary Jiricek's ("plaintiff") motion to remand this case to state court pursuant to 28 U.S.C. § 1447. ECF No. 13. This case is one of many cases that have been assigned to this Court as related, and in which individual plaintiffs allege they were diagnosed with bladder cancer as a result of prolonged usage of the defendants' haircare products.[1] Earlier today, this Court filed a comprehensive

---

[1] See e.g., Larson v. John Paul Mitchell Systems et al, No. 25-cv-10280; Rini v. L'Oreal USA, Inc. et al, No. 25-cv-10285; Clarke v. John Paul Mitchell Systems et al, No. 25-cv-10289; Eck v. John Paul Mitchell Systems et al, 25-cv-10295; Gregory v. L'Oreal USA, Inc. et al, No. 25-cv-10298; Estrada v. Kao USA, Inc. et al, No. 26-cv-02997; Loscar v. Kao USA, Inc. et al, 26-cv-03174; Hadeler v. Clairol et al, No. 26-cv-03388; Savitski v. L'Oreal USA Inc. et al,

1

Memorandum and Order in one such case, Gregory v. L'Oreal USA Inc. et al, No. 25-cv-10298(NRB), ECF No. 27 (the "Gregory Opinion"). There, when faced with a substantively identical motion to remand, we determined after careful analysis that removal to this court was proper and denied the plaintiff's motion for remand.

In all relevant respects, the instant motion is identical to the motion in Gregory.  Indeed, apart from plaintiff's name, plaintiff's domicile, the exact dates of attempted and purported service, the specific defendants sued, and other minor differences that are not relevant to our conclusion, the motions are fundamentally the same.

Accordingly, we hereby adopt the reasoning set forth in the Gregory Opinion as if set forth in full herein and determine that removal was proper in this case and deny plaintiff's motion.[2]  The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 13.

---

26-cv-04096; Dewitt et al v. LOreal USA, Inc. et al, No. 26-cv-04140; Desantis v. L'Oreal USA, Inc. et al, No. 26-cv-04266; Rocco v. Wella Operations US LLC et al, No. 26-cv-04519; Bergman v. Wella Operations US, LLC et al, No. 26-cv-04528; Selvey v. Wella Operations US LLC et al, No. 26-cv-04596.

[2]    Defendants L'Oréal USA and L'Oréal USA Products, Inc. include an additional argument in their opposition papers that the "original Summons with Notice" did not "constitute[] an initial pleading[,]" ECF No. 15 at 9–13, which was not argued in connection with the Gregory Opinion.  The Court need not consider this additional argument because the same reasoning and analysis set forth in the Gregory Opinion applies in this case and provides sufficient basis for the Court to deny plaintiff's motion.

Dated:    June 25, 2026
          New York, New York

_____
            NAOMI REICE BUCHWALD
      UNITED STATES DISTRICT JUDGE